

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-18-00426-CV
_____

**IN THE INTEREST OF D.L.R., JR., D.R, AND M.R., CHILDREN**

_____

On Appeal from the 242nd District Court
Swisher County, Texas
Trial Court No. B-11105-07-06, Honorable Kregg Hukill, Presiding

_____

May 8, 2019

## MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Appellant R.H., proceeding pro se, filed a notice of appeal from the trial court's order of termination.[1]  The clerk's record was due on March 11, 2019.  That day, the district clerk notified the court that R.H. had not paid or made arrangements to pay for the clerk's record.  *See* TEX. R. APP. P. 35.3(a)(2).  By letter of March 14, we directed R.H. to make acceptable payment arrangements for the clerk's record by March 25.  Failure to do so, we admonished, would subject the appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

---

[1] The underlying suit was not brought by a governmental entity.

To date, R.H. has not made payment arrangements for the clerk's record or made any response to this court's letter. Accordingly, the appeal is dismissed for want of prosecution and R.H.'s failure to comply with a requirement of the appellate rules and an order of the court. TEX. R. APP. P. 37.3(b); 42.3(b), (c).

Per Curiam